IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DEBORAH M. DEMACK,

Plaintiff,

v.                                                   CIV 10-0288 KBM/WDS

OFFICE OF THE ATTORNEY GENERAL
of the State of New Mexico,

Defendant.

## ORDER FINDING DISCOVERY MOTIONS MOOT

This matter comes before the Court on the following motions:

1.   Doc. 252: Motion to Stay Proceedings filed by Plaintiff;

2.   Doc. 267: Motion to Stay Discovery filed by Defendant;

3.   Doc. 268: Motion for a Protective Order filed by Defendant;

4.   Doc. 270: Motion to Strike Motion for a Protective Order filed by Plaintiff;

5.   Doc. 279: Motion for a Protective Order Regarding Depositions filed by Defendant.

All of the above motions relate, in one way or another, to discovery issues arising from Count III of Plaintiff's Second Amended Complaint, which is a claim for violation of New Mexico's Inspection of Public Records Act. (IPRA) Discovery for all other claims closed September 17, 2012, the same day upon which the Second Amended Complaint was filed. On October 5, 2012 Defendant filed a Motion to Dismiss Plaintiff's claim under the IPRA. The above motions reflect the parties' disagreement over whether discovery relating to the IPRA claim should proceed while the motion to dismiss was pending before the Court.

On January 8, 2013 Chief Magistrate Judge Karen B. Molzen entered an order granting Defendant's Motion to Dismiss the IPRA claim in its entirety. Accordingly, the Court finds that all

motions relating to discovery on the IPRA claim are now moot. The above referenced motions, Doc. 252; Doc. 267; Doc. 268; Doc. 270 and Doc. 279 are hereby dismissed as moot.

    IT IS SO ORDERED.

_____
W. Daniel Schneider
United States Magistrate Judge